# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> **PLAINTIFF** <br><br> v. <br><br> Arifeen David Gojali <br><br><br> **DEFENDANT(S).** | CASE NUMBER <br><br> 5:12-MJ-00431-4 <br><br><br> **ORDER OF TEMPORARY DETENTION** <br> **PENDING HEARING PURSUANT** <br> **TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>                    , IT IS ORDERED that a detention hearing is set for <u>11/26/12</u>                    , _____, at <u>1:30</u>      ☐a.m. / ☒p.m. before the Honorable <u>SHERI PYM</u>                    , in Courtroom <u>4-3rd Floor</u>                    .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
<i>(Other custodial officer)</i>

Dated: <u>11-19-12</u>                   **SHERI PYM**
                              ~~U.S. District Judge/~~Magistrate Judge